IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**SCOTT RENDELMAN,**

**Defendant.**                                                    No. 09-40051-DRH

## ORDER

**HERNDON, Chief Judge:**

Today, the undersigned Chief Judge received a threatening letter from Rendelman in response to an Order dismissing one of his civil cases, ***Rendelman v. Werlich*, 09-964-DRH, Doc. 5,** that was also assigned to the undersigned. In light of the threatening letter, the Court **RECUSES** itself from this matter and **REASSIGNS** this case to District Judge J. Phil Gilbert for all further proceedings.

**IT IS SO ORDERED.**

Signed this 24th day of May, 2010.

/s/  *David R Herndon*
**Chief Judge
United States District Court**