IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 09-CR-40051-SMY |
| | ) |
| SCOTT L. RENDELMAN, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the court for consideration of Defendant Scott L. Rendelman's *pro se* Motion to Request Compassionate Release pursuant to the First Step Act, 18 U.S.C. § 3582(a)(1)(A) (Doc. 194). The Government objected (Doc. 200). For the following reasons, the Motion is **DENIED**.

## Background

On February 24, 2011, Rendelman was charged by Superseding Indictment with Criminal Contempt of Court (Count I), Retaliating Against a Federal Official – An Assistant U.S. Attorney (Counts II and III), Retaliating Against a Federal Official – A U.S. District Judge (Count IV), and Threats Against President (Counts V and VI) (Doc. 45). These charges stemmed from Rendelman's letters that included graphic threats of rape, mutilation, murder, and arson, including threatening to disembowel an Assistant U.S. Attorney and kill her baby. On April 13, 2011, a jury found Rendelman guilty on all counts.

According to the Presentence Investigation Report ("PSR") filed by the United States Probation Office (Doc. 105), Rendelman had a previous conviction in Maryland for sending graphic letters to a former employer, judicial officials, the President of the United States, the Governor of California, and wardens of federal prisons. These letters threatened to sexually mutilate, torture, and murder them and members of their families. Prior to that conviction, Rendelman served approximately

15 years for sending threatening letters to various elected officials and authorities in the criminal justice system. He has also served time for extortion and for writing a letter threatening to suicide bomb the White House.

Rendelman was sentenced to 96 months in prison, to run consecutive to the sentenced imposed in RWT-07-033331-001, formerly pending in the District of Maryland (Docs. 88, 146).[1] He is now 66 years old and is currently housed at the Federal Correctional Institution in Marion, Illinois with an anticipated release date of May 7, 2027. Seeking compassionate release, he asserts that he was raped in prison between 1986 and 1991 and his behavior and decades-long compulsion to write threatening letters resulted from that rape and the Government's failure to provide him with appropriate treatment (Doc. 194, pp. 3-4).

## Discussion

Section 603 (b)(1) of the First Step Act permits the Court to reduce a term of imprisonment upon motion of either the Director of the Bureau of Prisons ("BOP") or a defendant for "extraordinary or compelling reasons" so long as the reduction is "consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(1). A defendant seeking compassionate release must first request that the BOP file a motion seeking the same. If the BOP declines to file a motion, the defendant may file a motion on his own behalf, provided he has either exhausted administrative remedies or 30 days have elapsed since the warden at his institution received such a request, whichever is earliest. Administrative exhaustion is not raised by the Government as a defense in this instance (Doc. 194, p. 18).

Rendelman claims that his case presents extraordinary and compelling circumstances because he was severely psychologically damaged by his prison rape trauma and wrote threatening letters to those whom he had blamed for the rapes; "every day that Rendelman remains untreated in prison is a

---

[1] Following sentencing, Rendelman's sentencing judge also received personal threats from Rendelman (Doc. 158).

day that he is at risk to start a new round of writing threatening letters" (Doc. 194, pp. 10,11). Even assuming that Rendelman writing these letters is attributable to mental illness or a compulsion that he cannot control, that does not constitute extraordinary and compelling reasons for his release. Rendelman does not suffer from a serious medical condition, is not over the age of 70, and presents no other compelling reason consistent with U.S.S.G. § 1B1.13.

Moreover, consideration of the 18 U.S.C. §3553(a) factors weighs heavily against Rendelman's release. The seriousness of his offense (graphic letters threatening to rape, kill, and mutilate presidents, judges, and attorneys), and the sentencing objectives of specific deterrence and protecting the public would not be fully served by his release at this time as he remains significantly dangerous. BOP found a weapon inside his cell in September 2018, he wrote a letter to a judge threatening to kill him and his wife in December 2018, and he has been sanctioned for destroying property and refusing a drug/alcohol test (Doc. 200-1, pp. 1-3). Rendelman himself acknowledges that his criminal compulsions are ongoing: "If the Courts are expecting Rendelman to act on his intelligence and cure himself and stop his letter writing on his own, they expect the impossible" (Doc. 194, pp. 11-12).[2]

For the foregoing reasons, Rendelman's Motion to Request Compassionate Release pursuant to the First Step Act, 18 U.S.C. § 3582(a)(1)(A) (Doc. 194), is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  June 28, 2022**

**STACI M. YANDLE**
**United States District Judge**

---

[2] Although COVID-19 risk is only raised briefly in passing by Plaintiff, he is fully vaccinated from COVID-19 and does not qualify for compassionate release on that basis (Doc. 200, p. 15). See, *United States v. Barbee*, 25 F.4th 531, 533 (7th Cir. 2022).