Scott Rendelman
5301 MacArthur Blvd NW
Washington DC 20016
December 1, 2025

Office of the Clerk
United States District Court
Southern District of Illinois
301 West Main Street
Benton IL 62812

Re: United States v. Scott L. Rendelman
    Case Number 09-CR-40051-SMY

Dear Mr. Clerk:

Please note my new address as a result of my release from custody on November 14, 2025:

Scott Rendelman
5301 MacArthur Blvd NW
Washington DC 20016

Please update my case file to include this information.

I rely on the Court's ECF electronic delivery system to deliver a copy of this change of address notice to the appropriate AUSA.

Please resend any correspondence you may have sent me in the past 45 days. I did not receive it, and the BOP will forward it only to an address I was temporarily released to and stayed for 2 days. I will not receive it and it will be returned to you.

My phone number is 202-817-5988.

Thank you.

Respectfully submitted,
Scott Rendelman
Scott Rendelman

Scott Rendelman
5301 MacArthur Blvd NW
Washington DC 20016

Clerk, U.S. District Court
301 West Main Street
Benton IL 62812

**RECEIVED**

DEC 05 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE