Scott Rendelman
4201 Massachusetts Avenue NW Apt. 6035
Washington DC 20016
December 14, 2025

Office of the Clerk
United States District Court
Southern District of Illinois
301 West Main Street
Benton IL 62812

Re: United States v. Scott L. Rendelman
    Case Number 09-CR-40051-SMY

Dear Mr. Clerk:

Please note my new address as a result of moving into my own apartment December 11, 2025:

Scott Rendelman
4201 Massachusetts Avenue NW Apt. 6035
Washington DC 20016

Please update my case file to include this information.

I rely on the court's ECF electronic delivery system to deliver a copy of this change of address notice to the appropriate AUSA.

Thank you.

Respectfully submitted,
Scott Rendelman
Scott Rendelman

Scott Rendelman
4201 Massachusetts Avenue NW
Washington DC 20016

NOVA 220
15 DEC 2025 PM 6 L

MAIL CLEARED
US MARSHALS



Office of the Clerk
United States District Court
Southern District of Illinois
301 West Main Street
Benton IL 62812

628123 1382 C006

RECEIVED

DEC 22 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE